# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-348** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **MARIA LYTER (1)** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 20th day of September, 2019, upon consideration of Defendant's Second Unopposed Motion (Doc. 51) to Extend Report Date, it is hereby ORDERED that said Motion is GRANTED. Maria Theresa Lyter shall surrender herself to the Attorney General at 11:00 a.m. on Friday, December 27, 2019, by reporting to an institution to be designated by the Federal Bureau of Prisons. The Defendant shall contact the U.S. Marshal's Office no later than three days prior to the above date, to be notified of the place of confinement. The conditions of release previously set shall remain in effect.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania